## CASE ANNOUNCEMENTS

*November 10, 2010*

[Cite as *11/10/2010 Case Announcements*, 2010-Ohio-5433.]


## DISCIPLINARY CASES

**1990–2539.   Disciplinary Counsel v. Conley.**
This cause came on for further consideration upon the filing by respondent, Bernard Carl Conley, of an affidavit of compliance and a motion to purge contempt. Upon consideration thereof,
   It is ordered by the court that the motion to purge contempt is granted.

**2009–2080.   Akron Bar Assn. v. Holda.**
On April 7, 2010, this court suspended respondent for a period of one year with the entire year stayed on conditions. The court also ordered respondent to pay board costs in the amount of $1,329.15 on or before July 6, 2010, or she would be found in contempt and suspended until the costs and any accrued interest are paid in full. On October 6, 2010, the court issued an order to show cause why respondent should not be found in contempt and suspended until costs are paid in full. On October 26, 2010, respondent filed a response to the show cause order. Upon consideration thereof,
   It is ordered by the court that respondent must pay board costs and any accrued interest in full on or before December 17, 2010. It is further ordered that if respondent fails to pay costs and interest on or before December 17, 2010, respondent will be suspended from the practice of law in Ohio until the costs and interest are paid in full.


## CASE ANNOUNCEMENTS

*November 12, 2010*

[Cite as *11/12/2010 Case Announcements*, 2010-Ohio-5495.]


## MISCELLANEOUS DISMISSALS

**2010–0586.   State ex rel. Alston v. Interpak, Inc.**
Franklin App. No. 09AP–534, 2010-Ohio-790. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. It appears from the records of this court that appellant has not filed a merit brief, due October 25, 2010, in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence. Upon consideration thereof,
   It is ordered by the court that this cause is dismissed sua sponte.


## CASE ANNOUNCEMENTS

*November 15, 2010*

[Cite as *11/15/2010 Case Announcements*, 2010-Ohio-5500.]